# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 24, 2011

142654

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                 SC: 142654
                                 COA: 293256

NASER ABBAS-HABIB AL-SHIMARY,
      Defendant-Appellant.
                                 Wayne CC: 09-004134-FC

_____/

On order of the Court, the application for leave to appeal the December 28, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 24, 2011

                                       Clerk

t0516